UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN CENTER FOR TMJ
AND SLEEP WELLNESS, PLLC,

      Plaintiff,

Case No. 18-cv-13598
Hon. Matthew F. Leitman

v.

MICHIGAN CENTRE FOR TMJ
AND SLEEP DISORDERS, PLC,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: January 24, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2019, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (810) 341-9764